

☒ **American Western Home Insurance Company**

☐ **G.U.I.C. Insurance Company**

| Contract No. | Coverage | Percentage |
|---|---|---|
| | GENERAL LIABILITY | |
| | | |
| | | |

### COMMON POLICY DECLARATIONS

POLICY NUMBER : QR0011147C

Renewal Of NEW | Agent or Broker Name and Address:

BRITTANY    PLACE &
DALMARK MANAGEMENT LLC
8620 UTOPIA

RAYTOWN          MO 64138

MIDWESTERN GENERAL AGENCY INC

255 NW BLUE PARKWAY
LEE'S SUMMIT        MO 64063

Policy Period: From 12/16/2004  To  12/16/2005  at 12:01A. M. Standard Time at your mailing address shown above.

Business Description  APARTMENTS
Form of Business:
☐ Individual ☐ Partnership ☐Corporation ☐Joint Venture ☒Organization(Other than Partnership, Corporation or Joint Venture)

IN RETURN FOR THE PAYMENT OF THE PREMIUM , AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AND LIMITS AS STATED IN THIS POLICY.
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $      6,751 |
| Commercial Property Coverage Part | $ NOT  COVERED |
| Commercial Inland Marine Coverage Part | $ NOT  COVERED |
| Commercial Crime Coverage Part | $ NOT  COVERED |
| Commercial Auto Coverage Part | $ NOT  COVERED |
| Other | $ |
| | $ |
| | $ |
| TRIA Coverage | $ NOT  COVERED |
| TOTAL | $      6,751 |

$        STAMPING FEE  $   350.00  FEE $   355.05  TAX .05    TOTAL $   7,456.05

Forms and endorsement(s) made a part of this policy at time of issue: **SEE FORMS AND ENDORSEMENTS SCHEDULE**

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws.  It is NOT covered by the Missouri Insurance Guaranty Association.  This insurer is not licensed by the state of Missouri and is not subject to its supervision

W-W, INC   KA1732
LIZ

EXHIBIT

A

ALL-STATE LEGAL®

Countersigned By _____
                  Authorized Representative

Date Issued  02/23/2005    PH

CLP1000(7/03)

ORIGINAL



☒ AMERICAN WESTERN HOME INSURANCE CO.
☐ AMERICAN MODERN SELECT INSURANCE CO.

## GENERAL CHANGE ENDORSEMENT

Attaching to and forming part of

Policy #QR0011147C                    Effective Date of Policy: 12/16/2004

Endorsement # 001                     Effective Date of Endorsement: 09/16/2005

Insured:

BRITTANY PLACE & DALMARK MANAGEMENT LLC

|  | Property | | Liability | | Terrorism |
|---|---|---|---|---|---|
| Additional Premium Due of | $ | $ | | $ | |
| Additional Tax Due of | $ | $ | | $ | |
| Return Premium Due of | $ | $ | 352 | $ | |
| Return Tax Due of | $ | $ | 17.60 | $ | |
| Total | $ 0.00 | $ | -369.60 | $ | 0.00 |

Revised Limit of Insurance   $

General Aggregate Limit ( other than Products-Completed Operations) $

Each Occurrence Limit          $

☐ Annual Additional Premium of $            ☐ Pro Rata Factor
☒ Annual Return Premium of    $    352      ☐ Short Rate Factor

☐ Minimum Earned Premium Applies
☐ No Change in Premium.

## The following change(s) is/are made in this policy:

☐ Limits of liability are  as shown.              ☐ Mailing address is amended as shown.
☐ Premium rate is amended as shown.              ☐ Location address is amended to read as shown
☐ Name of Insured is amended to read as shown.   ☒ Policy conditions are amended as shown.
☐ Item(s) listed below are added to schedule.    ☐ Items listed below are deleted from schedule.
☐ Description of scheduled items amended as       ☐ Mortgagee is  as shown below.
   shown.                                         ☐ Policy is cancelled effective
☐ Other as described below:                       ☐ Policy is reinstated effective

IN CONSIDERATION OF $352.00 + $17.60 TAX = $369.60 RETURN
PREMIUM IT IS HEREBY UNDERSTOOD AND AGREED THE POLICY IS
ENDORSED AS FOLLOWS:

AMENDED AT THE INSURED'S REQUEST:

4TH QUARTER VACANT UNIT AUDIT REPORT

21 VACANT UNITS

W-W, INC.-DALMARK KA1732                              RITA/DKJ

The inclusion of (an) additional interest(s) shall not serve to increase the limits of liability under this policy.
All other terms and conditions remain unchanged.

Dated: 05/30/2007      Authorized Agent:

Agent No. 333237

Agent Name: MIDWESTERN GENERAL AGENCY, INC.

AWH410 (06/06)
                                    ORIGINAL

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER:<br>QR0011147C | NAMED INSURED<br>BRITTANY    PLACE &<br>DALMARK MANAGEMENT LLC |
|---|---|

Form/Endorsement No./Edition Date                    Form/Endorsement No./Edition Date

**Forms Applicable - LINE OF BUSINESS**

```
CLP 1000 (07/03)        COMMON DECLARATIONS
IL 00 17 (11/98)        COMMON POLICY CONDITIONS
IL 00 21 (04/98)        NUCLEAR ENERGY
AWH400 (07/03)          SERVICE OF SUIT
AWH401 (07/03)          PRIVACY NOTICE
```

**Forms Applicable - GENERAL LIABILITY**

```
AMH 1037 (07/03)        GL COVERAGE FORM
CG 00 01 (07/98)        COMM GL COV FORM
CG 21 36 (01/96)        EXCL-NEW ENTITIES
CG 21 44 (07/98)        LIMIT OF COV TO DESIGN PREMISES
CG 21 47 (07/98)        EMPLOYMENT RELATED PRAC
CG 21 49 (07/98)        TOTAL POLLUTION EXCL
CG 21 69 (01/02)        WAR OR TERRORISM EXCL
AWH107 (07/02)          DEDUCTIBLE ENDT-LIAB
AWH180 (11/98)          EXCL AND LIMIT ENDT
AWH198 (07/03)          EXCLUSION-MOLD
AWH412 (07/03)          AMENDMENT-DEPOSIT PREMIUM AS MIN PREMIUM
AWH413 (07/03)          EXCL-ASBESTOS, SILICA DUST, TOXIC SUBSTANCE
AWH417 (07/03)          EXCL-ASSAULT OR BATTERY
AWH418 (07/03)          EXCL-LEAD BASED PRODUCTS
AWH419 (07/03)          EXCL-CLASSIFICATION LIMITATION
AWH420 (07/03)          AMENDMENT OF LIQUOR LIABILITY EXCL
```

ORIGINAL

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A. **Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E. **Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

F. **Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 4 of 38

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

IL 00 21 04 98

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 2

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 5 of 38

or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

GU 507 (4-98)
IL 00 21 04 98

# SERVICE OF SUIT CLAUSE

# AWH 400

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America. Nothing in this clause constitutes or should be understood to constitute a waiver of the rights of the Company to commence an action in any Court of competent jurisdiction in the United States of America, to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States of America or of any state in the United States of America.

It is further agreed that service of process in such a suit may be made upon the Insurance Commissioner of the appropriate State, and that in any suit instituted against the Company upon this contract, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of the Company in any such suit and/or upon the request of the Insured to give written undertaking to the Insured that they will enter a general appearance upon behalf of the Company in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America, which makes provision therefor, the Company hereon hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf on the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

# American Modern Insurance Group
# PRIVACY NOTICE and NOTICE OF INFORMATION PRACTICES

The companies of the American Modern Insurance Group respect you and your right to privacy. Because we value your trust, we want you to know our policies and procedures for protecting the privacy of your nonpublic personal information and our rights and responsibilities regarding Information that we receive about you. We also want you to understand how we gather Information about you and how we protect the privacy of your Information.

In the course of doing business, we receive nonpublic personal information related to insurance products and services we provide, primarily for personal, family and household purposes ("Information"). We currently do not share your Information with any third parties not affiliated with the American Modern Insurance Group - except as required or permitted by law - and we have no intention of doing so without proper authorization from you. Because of that, you do not need to take any action after reading this Notice, except as described in Section V below.

The terms of this Notice apply to individuals who inquire about or obtain insurance from one of the American Modern Insurance Group companies. Current policyholders will receive a copy of our most recent Privacy Notice and Notice of Information Practices at least annually and, as required by law, if and when we make any changes affecting your rights under our privacy policy. We reserve the right to modify or supplement our privacy policy at any time in accordance with applicable law. This notice applies to current and former customers of the American Modern Insurance Group, but does not in any way affect your insurance coverage. You can find this Notice online on our Web site at www.amig.com.

## 1. WHAT KIND OF INFORMATION WE COLLECT ABOUT YOU

We get most of our Information about you directly from insurance applications and other forms that you or your insurance representatives provide to us. Some examples include your name, address, social security number, income level and certain other financial information. Often, the information you provide to your insurance representative during the insurance application process gives us everything we need to evaluate you or your property for insurance purposes. However, there are instances when we may need additional information or may need to verify information that you have given your insurance representative or us. In those cases, we may obtain information from outside sources at our own expense.

It is common for an insurance company or other financial services company to ask independent sources to verify and supplement information given on an application for insurance or other financial service products. There are many such independent companies, commonly called "consumer reporting agencies," which are in the business of providing independent information to insurance and other financial service companies. We will treat the Information we receive about you from an independent reporting agency in accordance with the terms of this Notice. If you would like to contact any of the consumer reporting agencies we have used to prepare a report on you, please submit your request in writing to the address shown below. Upon our receipt of your written request, and in accordance with the procedures prescribed, under Sections IV and V below, we will provide you with the name and address of any consumer reporting agency used to prepare a report on you.

Once you have been a customer of ours for a period of time, our records about you may contain information related to our experiences and transactions with you, such as insurance policy coverage, premiums and payment history, and any claims you make under your insurance policy. Any Information that we collect in connection with an insurance claim will be kept in accordance with this privacy Notice. For example, we will retain information collected by a claims representative and any police or fire report. We may, however, provide information about claims to one or more insurance support organizations or another insurer to prevent or prosecute fraud, to properly underwrite a risk or to detect criminal activity.

Each company within the American Modern Insurance Group may disclose information about you to an affiliate within the American Modern Insurance Group regarding its transactions and experiences with you (such as your payment or claims history). We do not currently share other credit-related information about you, except as permitted or required by law. If, in the future, we do share other credit information about you that is not based on our transactions and experiences with you, we will advise you and permit you to opt-out of such sharing.

## II. WHAT WE DO WITH INFORMATION WE COLLECT ABOUT YOU

We will keep Information we have about you in our insurance policy or other records. We will refer to and use that Information for purposes related to issuing and servicing insurance policies and other financial products and for settling claims. Generally, we will not disclose Information about you in our records to any organization not affiliated with the American Modern Insurance Group without your prior authorization. However, we may, as permitted by law, share information about you contained in our records with certain persons or organizations that are not affiliated with the American Modern Insurance Group such as:

• your insurance representative;
• medical professionals;
• other insurance companies, agents or consumer reporting agencies as information is needed in connection with any insurance application, policy or claim involving you;
• our affiliated companies;
• persons who represent you in a fiduciary capacity, including your attorney or trustee, or who have a legal interest in our insurance policy;
• persons or organizations who need the information to perform a business, professional or insurance function for us;
• persons or organizations that conduct research, including actuarial or underwriting studies, provided that no individual information may be identified in any research study report;
• ajusters, appraisers, auditors, investigators and attorneys;
• persons or organizations that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements; and
• a court, state insurance department or other government agency pursuant to a summons, court order, search warrant, subpoena, or as otherwise required by law or regulation.

### Health Information

Except as permitted or required by law, unless we obtain your written consent, we will not use or share any personally identifiable health information about you for any purpose other than underwriting or administration of your insurance policy, claim or account, or in a manner as previously disclosed to you by us when we collected such information.

# American Modern Insurance Group
# PRIVACY NOTICE and NOTICE OF INFORMATION PRACTICES

**III. RESPONSIBILITIES OF OTHER PARTIES**

This Notice and privacy policy applies only to the companies of the American Modern Insurance Group and does not necessarily reflect the privacy standards adhered to by independent agents and financial institutions. Their privacy policies and information practices govern how they collect, use and disclose information about you. When we disclose your nonpublic personal financial or health information to third parties for certain purposes described above, we will require them to use your information only for its intended purpose in accordance with applicable law.

**IV. WHO HAS ACCESS TO YOUR INFORMATION IN OUR RECORDS**

American Modern Insurance Group currently uses a system of passwords and other appropriate physical, electronic and procedural safeguards designed to protect against unauthorized access to your Information contained in our records. We will educate our employees about the terms of this Notice and the importance of confidentiality and customer privacy. Employees who gain unauthorized access or who otherwise violate our privacy policy are subject to disciplinary action up to and including termination of employment. We plan to monitor and evaluate our information security program and available security software in light of relevant changes in technology to determine ways to increase protections to the security or integrity of our records and information.

**V. HOW YOU CAN REVIEW RECORDEDINFORMATION WE HAVE ABOUT YOU**

You have the right to review and receive a copy of the recorded personal information about you contained in our files with respect to a particular insurance policy number, except for certain legal and medical documents. You have the further right to request that we correct any of this information. To exercise these rights, you must send us a notarized request at the address shown in Section V stating your complete name, address, insurance policy number, daytime phone number, and a copy of your driver's license or other personal identification. If you believe any information in our records is incorrect, we will investigate and correct it if we can substantiate the error. Even if we do not correct the information, you have the right to file a written statement of dispute with us, which we will include in any future disclosure of that information.

**VI. HOW TO CONTACT US**

If, after reading this, you have any questions about our privacy policy or information contained in our records about you, please write to us at the following address:

AMERICAN MODERN INSURANCE COMPANY
7000 Midland Boulevard
Amelia, Ohio 45102-2607
Attn: Privacy Compliance Office

---

The American Modern Insurance Group's Privacy Notice and Notice of Information Practices are provided on behalf of the following companies:

American Family Home Insurance Company
American Modern Home Insurance Company
American Modern Home Service Company
American Modern Insurance Group, Inc.
American Modern Life Insurance Company
American Modern Lloyds Insurance Company
American Southern Home Insurance Company
American Western Home Insurance Company
AMH Insurance Agency of Georgia, Inc.
G.U.I.C. Insurance Company
Lloyds Modern Corporation

Manufactured Homes Acceptance Corporation
Marbury Agency
MHAC Insurance Agency, Inc.
Midwest Enterprises, Inc.
Modern Life Insurance Company of Arizona, Inc.
Modern Services Group, Inc.
North American Insurance Agency Corporation
Service Sentry Warranty Corporation
Sunbelt General Agency, Inc.
The Atlas Insurance Agency, Inc.

# COMMERCIAL GENERAL LIABILITY COVERAGE SCHEDULE

Policy No. QR0011147C

Business Description  APARTMENTS

DESCRIPTION OF PREMISES:

| PREMISES NO. | BUILDING NO. | LOCATION |
|---|---|---|
| 001 | 001 | 8620 UTOPIA, RAYTOWN, MO 64138 |

COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

## LIMIT OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (other than Products - Completed Operations) | $ 2,000,000 | |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Fire Damage Limit | $ 50,000 | Any One Fire |
| Medical Expense Limit | $ 5,000 | Any One Person |

| | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| Classification | Code No. | Premium Basis | PR/CO | All Other | PR/CO | All Other |
| APARTMENT BUILDING | 60010 | U) 131 | INCLUDED | 50 | INCLUDED | 6,550 |
| VACANT UNITS | 68607 | U) 12 | INCLUDED | 16.78 | INCLUDED | 201 |

AMH 1037 (8/93)          PREMIUM FOR THIS COVERAGE PART  $      6,751

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of rea-

sonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

         (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   c. **Liquor Liability**

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

      This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

   d. **Workers' Compensation And Similar Laws**

Copyright, Insurance Services Office, Inc., 1997

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 11 of 38

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

        (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

        (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

        (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

    (e) At or from any premises, site or location on which any insured or any contractors or subcontractors work-

Copyright, Insurance Services Office, Inc., 1997

CL 137 (7-98)
CG 00 01 07 98

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 12 of 38

ing directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

   (2) Any loss, cost or expense arising out of any:

     (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

     (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

     However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a government authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

   (1) A watercraft while ashore on premises you own or rent;

   (2) A watercraft you do not own that is:

     (a) Less than 26 feet long; and

     (b) Not being used to carry persons or property for a charge;

   (3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

   (4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

   (5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising

out of:

   (1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

   (2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

   (1) Property you own, rent, or occupy;

   (2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

   (3) Property loaned to you;

   (4) Personal property in the care, custody or control of the insured;

   (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

   (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out

Copyright, Insurance Services Office, Inc., 1997

of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. "Personal and advertising injury":

   (1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

   (2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   (3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   (4) Arising out of a criminal act committed by or at the direction of any insured;

   (5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

   (6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

   (7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

   (8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

   (9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to paragraphs

Copyright, Insurance Services Office, Inc., 1997
Case 4:08-cv-00419-CDS   Document 1-1   Filed 06/05/08   Page 14 of 38

14.a., b. and c. of "personal and advertising injury" under the Definitions section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or

Copyright, Insurance Services Office, Inc., 1997

agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damages" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f.

above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or

Copyright, Insurance Services Office, Inc., 1997
Case 4:08-cv-00419-ODS Document 1-1 Filed 06/05/08 Page 16 of 38

control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 17 of 38

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

   b. **Excess Insurance**

      This insurance is excess over:

      (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

         (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

         (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

         (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

         (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to exclusion **g.** of Section I - Coverage A - Bodily Injury And Property Damage Liability.

      (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

      When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

      When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

Copyright, Insurance Services Office, Inc., 1997

CL 137 (7-98)
CG 00 01 07 98

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

Copyright, Insurance Services Office, Inc., 1997

Case 4:08-cv-00419-ODS Document 1-1 Filed 06/05/08 Page 19 of 38

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or draw-

ings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

Copyright, Insurance Services Office, Inc., 1997

CL 137 (7-98)
CG 00 01 07 98

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 20 of 38

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is

Copyright, Insurance Services Office, Inc., 1997

furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      (1) You;

      (2) Others trading under your name; or

      (3) A person or organization whose business or assets you have acquired; and

   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product";

and

   b. The providing of or failure to provide warnings or instructions.

   "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

   a. Work or operations performed by you or on your behalf; and

   b. Materials, parts or equipment furnished in connection with such work or operations.

   "Your work" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   b. The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997

Case 4:08-cv-00419-CW Document 1-1 Filed 06/05/08 Page 22 of 38

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 36 01 96

# EXCLUSION - NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph 4. of WHO IS AN INSURED (Section II) does not apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 44 07 98

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | Policy No. |
|---|---|
| 12/16/2004          12:01 A.M. standard time | QR0011147C |
| **Named Insured**<br>BRITTANY    PLACE &<br>DALMARK MANAGEMENT LLC | Countersigned by |

(Authorized Representative)

## SCHEDULE

| |
|---|
| **Premises:** 8620 UTOPIA<br>          RAYTOWN, MO  64138 |
| **Project:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 24 of 38

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 47 07 98

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to paragraph **2.**, Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph **2.**, Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

  (a) Refusal to employ that person;

  (b) Termination of that person's employment; or

  (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 25 of 38

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 49 07 98

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under paragraph 2., Exclusions of Coverage A - Bodily Injury And Property Damage Liability (Section I - Coverages) is replaced by the following:

This insurance does not apply to:

f. **Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 26 of 38

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion i. under Paragraph 2., **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

   This insurance does not apply to:

   i. **War Or Terrorism**

   "Bodily injury" or "property damage" arising, directly or indirectly, out of:

   (1) War, including undeclared or civil war; or

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

   (4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

   regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

   However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

   (1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

   (2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

       (a) Physical injury that involves a substantial risk of death; or

       (b) Protracted and obvious physical disfigurement; or

       (c) Protracted loss of or impairment of the function of a bodily member or organ; or

   (3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

   (4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(a) Physical injury that involves a substantial risk of death; or

(b) Protracted and obvious physical disfigurement; or

(c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

 Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 28 of 38

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. Exclusion h. under Paragraph **2.**, **Exclusions** of Section I - Coverage C - Medical Payments does not apply.

D. The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

# COMMERCIAL LINES POLICY ENDORSEMENT

## AWH107

## DEDUCTIBLE ENDORSEMENT - LIABILITY
## MINIMUM EARNED PREMIUM AND CANCELLATION CLAUSE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:
Commercial General Liability Coverage Part

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability and Property Damage Liability Combined | $ 500 | per claim |

Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and such coverages will be reduced by the amount of such deductible. Aggregate limits for such coverages shall not be reduced by the application of such deductible amount.

The deductible amounts stated in the Schedule apply as follows:

**Per Claim Basis** - the deductible is on a per claim basis, the deductible amount applies:

Under Bodily Injury Liability and Property Damage Liability Coverage combined to all damages because of "bodily injury" and "property damage" sustained by one person or organization as the result of any one "occurrence".

The terms of this insurance, including those with respect to:

A. Our right and duty to defend any "suits" seeking those damages; and
B. Your duties in the event of an "occurrence", claim, or suit;

apply irrespective of the application of the deductible amount.

We may pay any part or all of the deductible amount to effect settlement of any claim, suit, or related adjustment expense and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

MINIMUM EARNED PREMIUM AND CANCELLATION CLAUSE
It is hereby understood and agreed that the minimum earned premium for this policy is 25 %of the written premium and that such minimum earned premium is not subject to short rate or pro-rata adjustment in the event of cancellation by the insured. It is further understood and agreed that the cancellation for non-payment of premium shall be deemed a request by the insured for cancellation of this policy, therefore the items of the minimum earned premium and cancellation clause apply. The policy fee is fully earned at policy issuance and not subject to return.

AWH107(07/02)

# COMMERCIAL LINES POLICY ENDORSEMENT
## AWH180

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### EXCLUSION AND LIMITATION ENDORSEMENT

The following items apply only if the box to the left of the exclusion is checked.

☐ EXCLUSION - PERSONAL AND ADVERTISING INJURY (CG2138 11/85)
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

COVERAGE B (Section I) does not apply and none of the references to it in the Coverage Part apply.

☐ EXCLUSION - FIRE DAMAGE LEGAL LIABILITY (CG2145 11/85)
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.  The last paragraph of 2.EXCLUSIONS under Coverage A. (Section I) does not apply.
B.  Paragraph 6 of LIMITS OF INSURANCE (Section III) does not apply.
C.  Any reference in the Declarations to "Fire Damage Liability" does not apply.

☒ EXCLUSION - EMPLOYEES AS INSUREDS (CG2137 11/85)
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

Part 2.a. of WHO IS AN INSURED (Section II) does not apply.

☐ EXCLUSION - MEDICAL EXPENSE (CG2135 11/85)
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to any premises or classification shown in the Schedule, Coverage C. MEDICAL
PAYMENTS (Section I) does not apply and none of the references to it in the Coverage part apply.
The following is added to SUPPLEMENTARY PAYMENTS (Section I):
8.  Expenses incurred by the insured for first aid to others at the time of an accident for "bodily
injury" to which this insurance applies.

☒ CONTRACTUAL LIABILITY LIMITATION (CG2139 11/85)
This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS section is replaced by the following:
Insured Contract means any written:
1.  lease of premises;
2.  easement agreement, except in connection with construction or demolition operations on or
adjacent to a railroad;
3.  indemnification of a municipality as required by ordinance, except in connection with work for the
municipality;
4.  sidetrack agreement or any easement or license agreement in connection with vehicle or
pedestrian private railroad crossings at grade; or
5.  elevator maintenance agreement.

An insured contract does not include that part of any contract or agreement that indemnifies any
person or organization for damage by fire to premises rented or loaned to you.

AWH180(11/98)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - MOLD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to part 2.,Exclusions of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and to part 2., Exclusion of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section I-Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal injury"or "advertising injury" arising from or associated in any way with the actual or threatened occurrence of, growth of, release of, transmission of, migration of, dispersal of, decontamination of, remediation of or exposure to "mold". This includes, but is not limited to "bodily injury', "property damage", "personal injury"or "advertising injury':

(1) arising from or associated in any way with actual or threatened "mold" at or upon any real property, personal property, product, or any other tangible property of any "insured" or any person(s) or organization(s) located anywhere in the world;

(2) Arising from or associated in any way with any actual or threatened inhalation of, exposure to, absorption or ingestion of, or physical contact with "mold";

(3) Arising from or associated in any way with any testing, monitoring, clean up, remediation, treatment, removal of neutralization of "mold", including any associated costs or expenses, or

(4) Arising from or associated in any way with any error or omission in supervision, instructions, recommendations, notices, warnings,or advice, given or which should have been given in connection with "mold";

"Mold" means any mold, fungus, or mildew of any type, including any associated spores. This includes, but is not limited to, "mold" that can cause or threaten to cause harm to any living organism (such as Stachybotrys and others),"Mold" that can cause damage or threaten to cause damage to tangible property (such as wet or dry rot and others), and "mold" that can cause or threaten to cause physical deterioration, loss of use, and/or loss of value to any tangible property.

Case 4:08-cv-00419-ODS   Document 1-1   Filed 06/05/08   Page 32 of 38

## AWH 412

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT - DEPOSIT PREMIUM AS MINIMUM PREMIUM

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

Condition **5.b. Premium Audit,** of SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, is replaced by the following:

b.  Premium shown in this Coverage Part as advance premium is a deposit premium and the minimum premium for this policy, for the entire policy term. At the close of each audit period, we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the audit premium is less than the deposit premium, the deposit premium will apply as the minimum premium, with no return premium payable to you.

## AWH 413

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - ASBESTOS, SILICA DUST, TOXIC SUBSTANCE INCLUDING FORMALDEHYDE

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to paragraph 2., Exclusions of
COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and
paragraph 2., Exclusions of COVERAGE B. PERSONAL AND
ADVERTISING INJURY LIABILITY (Section I-Coverages):
This insurance does not apply to "bodily injury" or "personal injury" caused
by the following diseases:

| | | | |
|---|---|---|---|
| (1) | Asbestosis | (5) | Silicosis |
| (2) | Mesthellioma | (6) | Emphysema |
| (3) | Pneumoconiosis | (7) | Pulmonary Fibrosis |
| (4) | Pleuritis | (8) | Endothelioma |

or any lung disease or any ailment caused by, or aggravated by, exposure,
inhalation, consumption or absorption of asbestos fibers or dust or silica
dust or formaldehyde.

This insurance does not apply to any "property damage" due to or arising
out of the actual or alleged presence of asbestos or silica dust in any form,
formaldehyde in any form, including the costs of remedial investigations
or feasibility studies, or to the costs of testing, monitoring, cleaning or
removal of any property or substance.

B. The following exclusion is added to paragraph 2., Exclusions of
COVERAGE C. MEDICAL PAYMENTS (Section I-Coverages):
We will not pay expenses for "bodily injury" caused by the following
diseases:

| | | | |
|---|---|---|---|
| (1) | Asbestosis | (5) | Silicosis |
| (2) | Mesthellioma | (6) | Emphysema |
| (3) | Pneumoconiosis | (7) | Pulmonary Fibrosis |
| (4) | Pleuritis | (8) | Endothelioma |

or any lung disease or any ailment caused by, or aggravated by, exposure,
inhalation, consumption or absorption of asbestos fibers or dust or silica
dust or formaldehyde.

## AWH 417

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and to paragraph 2., Exclusions of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of assault or battery or out of any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of the insured, his employees, patrons or any other person.

B. The following exclusion is added to paragraph 2, Exclusions of COVERAGE C. MEDICAL PAYMENTS (Section I –Coverages):

We will not pay for expenses for "bodily injury" arising out of assault or battery or out of any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of the insured, his employees, patrons or any other person.

## AWH 418

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - LEAD BASED PRODUCTS

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY and to paragraph 2, Exclusions of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY ( Section I-Coverages):

This insurance does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of the actual, alleged or threatened ingestion, inhalation, absorption, exposure to or presence of lead in any form from any source.

B. The following is added to paragraph 2, Exclusions of COVERAGE C. MEDICAL PAYMENTS (Section I-Coverages):

We will not pay expenses for "bodily injury" arising out of the actual, alleged or threatened ingestion, inhalation, absorption, exposure to or presence of lead in any form from any source.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - CLASSIFICATION LIMITATION

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to SECTION I-COVERAGES A, B AND C:
This insurance does not apply to "bodily Injury", "property damage", "personal and advertising injury" or "medical payments" for operations that are not classified or shown on the Commercial General Liability Coverage Declarations, its endorsements or supplements.

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance under the following:
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

Exclusion c. **Liquor Liability** in paragraph 2., Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY(Section I – Coverages) is replaced by the following:

**c. Liquor Liability**
"Bodily injury" or "property damage" for which any insured or your indemnity may be held liable by reason of:

(1)   Causing or contributing to the intoxication of any person; or

(2)   The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)   Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

     (1)   Manufacture, sell or distribute alcoholic beverages;

     (2)   Serve or furnish alcoholic beverages for a charge whether or not such activity;

        (a)   Requires a license;

        (b)   Is for the purpose of financial gain or livelihood; or

     (3)   Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

     (3)   Are the owner or lessor of premises used for such purposes.